**CERTIFICATE OF SERVICE**

I hereby certify that this document entitled First Amended Complaint was filed through the CM/ECF system this date; that counsel for the Defendant City of Cambridge, Nancy Glowa, 795 Massachusetts Avenue, 3rd Floor, Cambridge, MA 02139, accepted service of the original Complaint (Doc #1) by execution of a "Waiver of the Service of Summons" filed by undersigned counsel for Plaintiffs this day with the Court via the CM/ECF system; that counsel Nancy Glowa however has not filed an appearance in this matter and therefore would not receive this First Amended Complaint in the normal course through the CM/ECF system; therefore, the foregoing First Amended Complaint was served upon counsel for Defendant City of Cambridge, Nancy Glowa, 795 Massachusetts Avenue, 3rd Floor, Cambridge, MA 02139, by the undersigned by first class mail, postage pre-paid this day.

_s/Jack J. Canzoneri_
Jack J. Canzoneri
June 12, 2018