UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR A. MARTIGNETTI, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-10980-DPW |
| ) | |
| CITY OF CAMBRIDGE, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for Defendants Kevin F. Branley and Daniel A. Marshall. This appearance is in addition to and not in lieu of the appearance of their current counsel of record.

                                                              Respectfully submitted,

Dated:  September 23, 2020            /s/Peter J. Duffy
                                                          Peter J. Duffy (BBO#566682)
                                                          POLLACK SOLOMON DUFFY LLP
                                                          101 Huntington Ave. Ste. 530
                                                          Boston, MA  02110
                                                          617-439-9800 (Tel)
                                                          pduffy@psdfirm.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on September 23, 2020.

                    /s/Peter J. Duffy