Lead Plaintiff Victor A. Martignetti, et al.

       Plaintiffs

   v.

City of Cambridge,

       Defendant

USDC Case No. 1:18-cv-10980-DPW

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP RULE 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), and Court Order approving

settlement ECF No. 90 dated July 9, 2021, the parties in the above-captioned

matter stipulate to dismissal of any and all claims, with prejudice, with all

rights of appeal waived, and without an award of costs or fees to any party.

| | |
|---|---|
| | Respectfully submitted, |
| Respectfully submitted, | For the Defendant, |
| For the Plaintiffs, | City of Cambridge |
| | |
| By their attorneys, | By its attorneys, |

*s/Jack J. Canzoneri* | *s/Timothy J. Buckley*

Jack Canzoneri, BBO #564126

McDonald Lamond Canzoneri

352 Turnpike Road, Suite 210

Southborough, MA 01772-1756

508-485-6600

jcanzoneri@masslaborlawyers.com

Barry J. Miller, BBO #661596

Robert A. Fisher, BBO #643797

Alison H. Silveira, BBO #666814

Timothy J. Buckley, BBO #691200

Seyfarth Shaw LLP

Two Seaport Lane, Suite 1200

Boston, MA 02210-2028

617-946-4800

bmiller@seyfarth.com

rfisher@seyfarth.com

asilveira@seyfarth.com

tbuckley@seyfarth.com

Dated: June 17, 2022

**CERTIFICATE OF SERVICE**

I, Jack J. Canzoneri, hereby certify that I have cause a copy of the foregoing to be served upon counsel of record this day via the Electronic Case Filing system.

Dated: June 17, 2022        *s/Jack J. Canzoneri*
                             Jack J. Canzoneri, Esq.